

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2017

No. 04-17-00371-CV

**IN THE MATTER OF THE GUARDIANSHIP OF DONNA JEAN HAMMOND, AN INCAPACITATED PERSON**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 9,688
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The appellant's brief has been filed. Although only substantial compliance with Rule 38 is required, we may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* Tex. R. App. P. 38.9(a). The court has determined that the following briefing defects described constitute flagrant violations of Rule 38.1:

-the brief does not identify the parties and counsel, Tex. R. App. P. 38.1(a);
-the brief does not contain a table of contents, Tex. R. App. P. 38.1(b);
-the brief does not contain an index of authorities, Tex. R. App. P. 38.1(c);
-neither the statement of the case nor the statement of facts is supported by references to the record, Tex. R. App. P. 38.1(d), (f);
-the brief does not state concisely all issues or points presented for review, Tex. R. App. P. 38.1(f)
-the brief does not contain a summary of the argument, Tex. R. App. P. 38.1(h);
-the brief does not include a clear and concise argument for the contentions made, Tex. R. App. P. 38.1(i);
-the argument does not contain appropriate citations to authorities and to the record, Tex. R. App. P. 38.1(i);
-the brief does not include an appendix containing the items specified in Rule 38.1(k), Tex. R. App. P. 38.1(k); and
-the brief does not contain a certificate of service, as required by Rule 9.5, acknowledging that appellant served a copy of the document on all parties to the proceeding. Tex. R. App. P. 9.5(a),(d),(e).

We order appellant to file an amended brief by **November 13, 2017**.  If a timely amended brief that corrects these deficiencies is not filed, we may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a).

This may include dismissal of this appeal for want of prosecution. *Id.* R. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).



Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2017.

KEITH E. HOTTLE,
Clerk of Court